UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | SACV 17-00968 AG (JCGx) | Date | June 21, 2017 |
|---|---|---|---|
| Title | PHIL CONZELMAN v. EXPRESS LOGISTICS, INC. ET AL. | | |

| Present: The Honorable | ANDREW J. GUILFORD | |
|---|---|---|
| Lisa Bredahl | Not Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:    Attorneys Present for Defendants:

**Proceedings:** **[IN CHAMBERS] ORDER TO SHOW CAUSE CONCERNING SUBJECT MATTER JURISDICTION AND ORDER SETTING HEARING**

Plaintiff Phil Conzelman has sued Defendants Express Logistics, Inc. and Chad Rubner for claims related to an alleged breach of a contract. Plaintiff seeks to invoke this Court's diversity jurisdiction. But Plaintiff hasn't alleged the citizenship of both Defendants so the Court cannot determine whether all parties are diverse. Nor has Plaintiff alleged any facts showing how the amount in controversy here exceeds $75,000.

The Court is concerned that it lacks subject matter jurisdiction over these state law causes of action. And the Court must jealously guard its jurisdiction. *Olmos v. Residential Credit Sols., Inc.*, 92 F. Supp. 3d 954, 955 (C.D. Cal. 2015). Accordingly, Plaintiff is ORDERED TO SHOW CAUSE as to why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiff must file a brief not exceeding 10 pages discussing why the Court has jurisdiction over this case by July 7, 2017. Defendants may, but need not, respond in a brief also not exceeding 10 pages by July 21, 2017.

The Court will then have a hearing on this issue on **August 7, 2017 at 9:00 a.m.** Plaintiff is ORDERED to appear at the hearing. Defendants may, but need not, also appear.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV 17-00968 AG (JCGx) | Date | June 21, 2017 |
|---|---|---|---|
| Title | PHIL CONZELMAN v. EXPRESS LOGISTICS, INC. ET AL. | | |

| | : | 0 |
|---|---|---|
| Initials of Preparer | lmb | |